IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN STONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:18—cv-3800 |
| | ) |
| EMPIRE REFRACTORY SERVICES OF | ) |
| INDIANA, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT FOR DAMAGES

Plaintiff, Kevin Stone, for his Complaint against Defendant, Empire Refractory Services of Indiana, Inc., states the following:

### I. Parties

1. Plaintiff is a resident of Montgomery County, Indiana.

2. Defendant, Empire Refractory Services of Indiana, Inc., is a business located in Indianapolis, Indiana.

### II. Jurisdiction and Venue

3. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiff brings this action to enforce his rights under the FLSA.

4. This court has jurisdiction to hear these state claims pursuant to the court's supplemental jurisdiction under 28 U.S.C. §1367.

5. Venue in the Southern District of Indiana, Indianapolis Division, is appropriate by virtue Defendant doing business in this District.

### III. Factual Allegations

6. Plaintiff began working for Defendant in 2013.

7. Plaintiff was an hourly employee of Defendant.

8. Defendant paid Plaintiff on a weekly basis.

9. Plaintiff worked hours over 40 hours in a workweek which Defendant paid at straight time.

10. Plaintiff worked hours over 40 hours in a workweek which Defendant failed to pay at time and a half.

11. Defendant did not have a good faith basis for failing to pay Plaintiff his overtime wages at time and a half.

12. Defendant willfully failed to pay Plaintiff his overtime wages at time and a half.

13. Plaintiff quit his employment with Defendant.

### III.    Cause of Action

**Count I**
**Failure to Pay Overtime Wages**
**Pursuant to the FLSA, 29 U.S.C. §201** *et. seq.*

14. Plaintiff incorporates paragraphs 1 through 13 by reference herein.

15. Plaintiff was an employee of Defendant pursuant to the FLSA.

16. Plaintiff's work for Defendant involved interstate commerce.

17. Defendant is an employer pursuant to the FLSA.

18. Defendant had gross revenues of at least $500,000.00 for the 2015 calendar year.

19. Defendant had gross revenues of at least $500,000.00 for the 2016 calendar year.

20. Defendant had gross revenues of at least $500,000.00 for the 2017 calendar year.

21. Defendant had gross revenues of at least $500,000.00 for the 2018 calendar year.

22. Defendant willfully failed to properly pay overtime premiums for all overtime hours that Plaintiff worked during the course of his employment with Defendant.

23. Defendant's violations of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

## Count II
## Indiana's Minimum Wage Statute
## Alternative Claim

24. Plaintiff incorporates paragraphs 1 through 23 by reference herein.

25. Plaintiff was an employee of Defendant pursuant to Indiana's Minimum Wage Statute.

26. Defendant is an employer pursuant to Indiana's Minimum Wage Statute.

27. Defendant failed to properly pay overtime wages for all hours over 40 hours in a workweek that Plaintiff worked during the course of his employment with Defendant.

28. Defendant's violations of Indiana's Minimum Wage Statute have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully Submitted,

WELDY LAW

                                        /s/Ronald E. Weldy
                                        Ronald E. Weldy, #22571-49

### Count III
### Wage Payment Statute, I.C. §22-2-5 *et. seq.*

29. Plaintiff incorporates paragraphs 1 through 28 by reference herein.

30. Defendant is an employer pursuant to the Wage Payment Statute.

31. Plaintiff was an employee of Defendant.

32. Defendant failed to pay Plaintiff his wages due and owing in a timely fashion.

33. Defendant failed to pay Plaintiff his wages due and owing in the correct amount.

34. Plaintiff has been damaged by Defendant's violations of the Wage Payment Statute.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant for wages owed, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

### IV. Jury Demand

35. Plaintiff incorporates paragraphs 1 through 34 by reference herein.

36. Plaintiff demands a trial by jury.

                                        Respectfully submitted,

                                        WELDY LAW

                                        /s/Ronald E. Weldy
                                        Ronald E. Weldy, #22571-49
                                        Counsel for Plaintiff,
                                        Kevin Stone

Weldy Law
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Tel: (317) 842-6600
Fax: (317) 288-4013
E-mail: rweldy@bhclegal.com