UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN STONE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CAUSE NO. 1:18-cv-3800-JRS-MJD |
| EMPIRE REFRACTORY SERVICES OF INDIANA, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Kevin Stone ("Plaintiff"), and Defendant, Empire Refractory Services of Indiana, Inc., ("Defendant"), having filed their *Stipulation of Dismissal with Prejudice*, and the Court having reviewed the same, hereby **ORDERS** that Plaintiff's claims be **DISMISSED**, with prejudice, each party to bear its own fees and costs.

SO ORDERED.

Date: 2/15/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Copies to:

All Electronically Registered Counsel